| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
|   | Federal Defender |
| 2 | JEROME PRICE, SBN # 282400 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
|   | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
|   | LOUIS ARMSTRONG |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  6:14-mj-0083-MJS |
|---|---|
|  | ) |
| Plaintiff, | ) **STIPULATION FOR RULE 43 WAIVER OF** |
|  | ) **APPEARANCE FOR DEFENDANT; ORDER** |
| vs. | ) **THEREON** |
|  | ) |
| LOUIS ARMSTRONG, | ) |
|  | ) Date:   August 20, 2014 |
| Defendant. | ) Time:   10:00 a.m. |
|  | ) Judge: Hon. Michael J. Seng |
|  | ) |

The parties hereto, through their respective attorneys of record, stipulate and thereby jointly move this Court to permit the defendant, Louis Armstrong, to waive his right to be personally present at his initial appearance and arraignment scheduled on the above-mentioned date, and instead permit to allow his attorney appear in his stead.  The parties make this request pursuant to Fed. R. Crim. P. 43(b)(2).

Mr. Armstrong resides in Olympia, Washington.  He has been charged with being present in a park area when under the influence of alcohol to a degree that may endanger oneself or another person, in violation of 36 C.F.R. § 2.35(c).  On August 12, 2014, this Court appointed the Office of the Federal Defender to represent Mr. Armstrong.  At the initial appearance, Mr. Armstrong intends to enter a not guilty plea and request that the Court order that discovery be provided to defense counsel.  Because the price of a plane tickets from Washington to Yosemite

1  National Park would pose a financial burden on Mr. Armstrong, he respectfully requests that this
2  Court permit his attorney of record to appear on his behalf to enter a not guilty plea.   Mr.
3  Armstrong agrees that his interests shall be represented at all times by the presence of his
4  attorney of record, the Office of the Federal Defender for the Eastern District of California, the
5  same as if he were personally present.

                                  Respectfully submitted,

BENJAMIN J. WAGNER
United States Attorney

Dated:  August 19, 2014     /s/ Matthew McNease
MATTHEW McNEASE
Acting Legal Officer
National Park Service
Yosemite National Park

HEATHER E. WILLIAMS
Federal Defender

Date: August 19, 2014     /s/ Jerome Price
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
LOUIS ARMSTRONG

## O R D E R

Good cause appearing, the parties' request for a Rule 43 Waiver of Appearance is GRANTED.  The defendant's attorney may appear on his behalf at the August 20, 2014 hearing.

IT IS SO ORDERED.

Dated:   August 19, 2014                    /s/ *Michael J. Seng*
                                                                  UNITED STATES MAGISTRATE JUDGE