1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  JANET BATEMAN, SBN # 241210
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   LOUIS ARMSTRONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  6:14-mj-0083-MJS |
|---|---|---|
| Plaintiff, | ) | **DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY FOR CHANGE OF PLEA; ORDER** |
| vs. | ) | |
| LOUIS ARMSTRONG, | ) | Date:   October 8, 2014 |
| Defendant. | ) | Time:   10:30 a.m. |
|  | ) | Judge: Hon. Michael J. Seng |

Pursuant to Fed. R. Crim. P. 43(b)(2), Defendant, Louis Armstrong, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to appear via telephone for a change of plea hearing and sentencing.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.

Mr. Armstrong resides in Olympia, Washington.  He has entered into a plea agreement with the government, and at the hearing scheduled for October 8 2014, intends to enter a guilty plea to Count 1.  The government does not object to Mr. Armstrong appearing via the telephone.

//

//

|   |   |
|---|---|
|   | Respectfully submitted, |
|   |   |
|   | BENJAMIN J. WAGNER<br>United States Attorney |
| Dated:  October 7, 2014 | /s/ Matthew McNease<br>MATTHEW McNEASE<br>Acting Legal Officer<br>National Park Service<br>Yosemite National Park |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: October 7, 2014 | /s/  Janet Bateman<br>JANET BATEMAN<br>Assistant Federal Defender<br>Attorneys for Defendant<br>LOUIS ARMSTRONG |

**O R D E R**

Good cause appearing, the above Defendant's motion to appear telephonically for change of plea hearing in Case No. 6:14-mj-0083-MJS is hereby accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   October 8, 2014            /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE