1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MEGAN T. HOPKINS, Bar #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorney for Defendant
6  LOUIS ARMSTRONG

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        ) Case No.  6:14-MJ-0083-MJS
                                     )
12              Plaintiff,           ) STIPULATION AND ORDER FOR
                                     ) EXTENSION OF PROBATION
13  vs.                              )
                                     )
14  LOUIS ARMSTRONG,                 ) JUDGE: Hon. Michael J. Seng
                                     )
15              Defendant.           )
                                     )
16  _____)

17         IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel that the probation period now scheduled to end on April 8, 2015,          ,

19  may be extended for a period of 6 months to October 8, 2015. It is further stipulated that the

20  review hearing in this matter be continued to October 6, 2015.

21         This extension of probation is requested by the parties so defendant can complete and

22  certify court-ordered AA Attendance.  Defendant attended AA as ordered, but did not obtain

23  signatures or other verification of attendance sufficient to satisfy the government of completion.

24  In light of Mr. Armstrong's good faith effort to comply, the parties agree that an additional

25  period of probation is sufficient to permit him to complete the required terms of probation

26  without alleging a probation violation. The requested extension of probation by stipulation of the

27  parties will conserve time and resources for all parties and the court.

28  //

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: March 30, 2015     By:     */s/ Matthew McNease*
MATTHEW MC NEASE
Acting Legal Officer
National Park Service
Yosemite National Park

HEATHER E. WILLIAMS
Federal Defender

DATED: March 30, 2015     By     */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
LOUIS ARMSTRONG

**O R D E R**

Good cause appearing, the above STIPULATION TO EXTEND PROBATION in Case

No. 6:14-mj-0083-MJS is hereby accepted and adopted as the Order of this Court.

DATED:  4/6/2015     /s/ MICHAEL J. SENG
UNITED STATES MAGISTRATE JUDGE

Armstrong: Stipulation to Continue Probation     -2-